**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

SERGEY REPESHCHUK,    Civil No. 07-2017 (RHK/AJB)

       Plaintiff,    **ORDER OF DISMISSAL**

  v.

ALBERTO GONZALES, et al.,

       Defendants.
_____

    Based upon the Stipulation of Dismissal executed by the parties hereto,

    **IT IS ORDERED** that the above-entitled matter may be and hereby is **DISMISSED WITH PREJUDICE** on the merits, without further cost to either party.

Dated: March 5, 2009

                                      <u>s/Richard H. Kyle</u>
                                      RICHARD H. KYLE
                                      United States District Judge